# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **NO: EP:25-M -04775(1) MAT** |
| | § | |
| | § | |
| **(1) MIGUEL ANGEL LOZANO SANCHEZ** | § | |

## WAIVER OF PRELIMINARY HEARING
## AND/OR DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)

### Preliminary Hearing

I , **(1) MIGUEL ANGEL LOZANO SANCHEZ,** charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, **(1) MIGUEL ANGEL LOZANO SANCHEZ,** el inculpado en una acusacion pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendose con el reglamento 5 0 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audiencia preliminar.

X _Miguel Lozano_
**DEFENDANT**

### Detention Hearing

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

Tambien me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibira pruebas parar poder determinar si seguire detenido sin fianza, o si me fijaran fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguire detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

X _Miguel Lozano_
**DEFENDANT**

_8/29/25_
**DATE**

_NB_
**COUNSEL FOR DEFENDANT**

_Nicole Bombara_